# EPSTEIN & WEIL LLC
ATTORNEYS AT LAW

225 Broadway
New York, NY 10007

(212) 732-4888

LLOYD EPSTEIN
JUDITH H. WEIL

December 9, 2019

**VIA ECF, Regular Mail, Email** (jimmy_oneill@nysd.uscourts.gov)
Hon. Colleen McMahon
United States District Judge
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/19

Re: United States v. Faycal Tahiri
Dkt. No. 13-Cr-742 (CM)
Request for Permission to Leave Country

*Request granted.*
[signature]
12/9/19

Dear Judge McMahon:

Dr. Tahiri is currently on supervised release. This is a request to permit Dr. Tahiri to travel to Morocco to visit his family for the Christmas vacation. I have spoken to Probation Officer Vincent Danelo, who has no objection.

Here is Dr. Tahiri's itinerary:

Departure December 21, 2019 with Royal Air Maroc Flight AT 201 at 8:20pm

Return January 3, 2020 with Royal Air Maroc Flight AT 200 at 4:15 pm

Dr. Tahiri I will be staying with his parents at:

1 Rue Oran Apartment 9
Casablanca, Morocco
Phone number + 212 661327406.

Please feel free to have your Chambers call me if you have any questions.

Sincerely,

Lloyd Epstein

LE:pc

cc. AUSA Catherine E. Gosh (Catherine.Ghosh@usdoj.gov)
USPO Joseph Danelo (Vincent_Danielo@nyep.uscourts.gov)
Dr. Faycal Tahiri (tahirifaisal3@gmail.com)