# EPSTEIN & WEIL LLC
ATTORNEYS AT LAW

225 Broadway
New York, NY 10007

(212) 732-4888

LLOYD EPSTEIN
JUDITH H. WEIL

February 2, 2020

**MEMO ENDORSED**

VIA ECF, Regular Mail, Email (jimmy_oneill@nysd.uscourts.gov)
Hon. Colleen McMahon
United States District Judge
500 Pearl Street
New York, NY 10007

*End his supervision* [handwritten endorsement, signed, 2/3/2020]

Re: United States v. Faycal Tahiri
Dkt. No. 13-Cr-742 (CM)
Request to Complete Supervised Release
in Morocco

Dear Judge McMahon:

Dr. Tahiri is currently on supervised release. I request that Dr. Tahiri be permitted to complete his supervised release in Morocco. I have spoken to USPO Vincent Danielo, who has no objection.

Dr. Tahiri, a dual Moroccan/American citizen, is scheduled to complete his supervised release at the end of May, 2020. Because of his conviction, he has not been able to find work as a physician. He expects that he will find work as a physician quickly once he returns to Morocco.

USPO Danielo informs me that Dr. Tahiri's adjustment to supervised release has been stellar, and that he has no objection to the Court granting the requested relief.

Please feel free to have your Chambers call me if you have any questions.

Sincerely,

Lloyd Epstein

LE:pc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2020

cc. AUSA Catherine E. Gosh (Catherine.Ghosh@usdoj.gov)
   USPO Joseph Danelo (Vincent_Danielo@nyep.uscourts.gov)
   Dr. Faycal Tahiri (tahirifaisal3@gmail.com)